JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEKBIB GEBREYOHANNES,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID RADEL and UR M. JADDOU,<br><br>    Defendants. | CV 24-5828 PA (ASx)<br><br>JUDGMENT OF DISMISSAL |

    Pursuant to this Court's January 27, 2025 Minute Order granting the Motion to Dismiss filed by defendants David Radel, Los Angeles Asylum Office Director of the United States Citizenship and Immigration Services ("USCIS"), and Ur M. Jaddou, Director of USCIS (collectively "Defendants"), and dismissing the action filed by plaintiff Mekbib Gebreyohannes ("Plaintiff"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

DATED: January 27, 2025

                                                         Percy Anderson<br>
                                          UNITED STATES DISTRICT JUDGE